```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LARA S. TRAFELET

                Petitioner,

-against-

CIPOLLA & CO, LLC,

                Respondent.

22 Civ. 4888 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Petitioner has filed a motion to vacate an arbitration award. ECF Nos. 7, 12. Proceedings to vacate or modify an arbitration award are treated "akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly,

1. By **July 5, 2022**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1, with citations to the additional materials filed to support the petition;
2. By **July 26, 2022**, Respondent shall file its opposition; and,
3. By **August 9, 2022**, Petitioner shall file her reply, if any.

    Petitioner is directed to serve a copy of this Order on Respondent through personal service, process service, or through counsel by **July 1, 2022**, and to file proof of service on the docket by **July 5, 2022**.

    SO ORDERED.

Dated: June 28, 2022
       New York, New York

                                                          ANALISA TORRES
                                                United States District Judge