UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARA S. TRAFELET,

                Petitioner,

-against-

CIPOLLA & CO, LLC,

                Respondent.

22 Civ. 4888 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 17, 2023, Petitioner filed a letter motion to compel Respondent to undertake certain actions with respect to liens on Petitioner's property and notifications to Petitioner's neighbors. ECF No. 86. By **January 25, 2023**, Respondent shall file a response to Petitioner's motion.

      SO ORDERED.

Dated: January 18, 2023
       New York, New York

ANALISA TORRES
United States District Judge