UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LARA S TRAFELET,

                  Petitioner,                  22 **CIVIL** 4888 (AT)

     -against-                         **JUDGMENT**

CIPOLLA & CO., LLC,

                  Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 26, 2023, Trafelet's petition to vacate the Awards is DENIED, and CCO's petition to confirm the Award is GRANTED. Judgment is entered in favor of CCO and the case is closed.

**Dated:**  New York, New York

     September 26, 2023

                                                      **RUBY J. KRAJICK**
                                                       Clerk of Court

                                 **BY:**         _____

                                                       **Deputy Clerk**