**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**LARA S. TRAFELET,**

22-cv-04888

                          **Plaintiff(s),**

        **ORDER**

        **v.**

**CIPOLLA & CO., LLC,**

                          **Defendant(s).**
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Cipolla & Co., LLC is directed to clarify how the amount of $13,094,770.24 in the proposed final judgment submitted at ECF No. 94 was calculated. Cipolla & Co., LLC should explain whether that amount includes attorneys' fees attributable to the district court proceedings before Judge Analisa Torres to defend against Plaintiff's motion to vacate the award. Cipolla & Co., LLC is directed to respond by **Wednesday, July 3, 2024**.

Lara S. Trafelet is directed to provide support for its statement in its Memorandum of Law in Opposition to Respondent's Motion for an Award of Attorney's Fees that "Cipolla has already been awarded an additional $409,000 to cover the attorneys' fees during this proceeding." ECF No. 100 at 5. Trafelet should explain the basis for her belief that the judgment includes $409,000 in attorneys' fees for the proceedings before Judge Torres. Lara S. Trafelet is directed to respond by **Wednesday, July 3, 2024**.

      **SO ORDERED.**

DATED:     New York, New York
              July 1, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge